IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FLOYD LAWRENCE, #78731                                                           PLAINTIFF

VS.                                         **CIVIL ACTION NO. 2:08-CV-180-KS-MTP**

CHRISTOPHER EPPS, ET AL.                                                      DEFENDANTS

## ORDER ON MOTIONS

THIS PRISONER CIVIL RIGHTS MATTER is before the court on the plaintiff's Motion for Jury Trial [15] and Motion to Expedite all Hearings [16]. Having considered the motions and the entire record in this matter, the court finds and orders as follows:

1.  Plaintiff's Motion for Jury Trial [15] is granted. If and when this case proceeds to trial, it shall be set for a jury trial.

4.  Plaintiff's Motion to Expedite all Hearings [16] is denied. Plaintiff's motion provides no basis for expedited treatment or for placing this case ahead of other similar cases which are under consideration. Accordingly, this matter will be decided in due course.

SO ORDERED on this 17th day of November, 2008.

                                                    s/ Michael T. Parker
                                                    United States Magistrate Judge